**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

CHRISTOPHER MATTHEW CANTRELL,   )
                                )
            Plaintiff,          )
                                )
v.                              )        Case No. CIV-26-231-J
                                )
CHRIS WEST, et al.,             )
                                )
            Defendants.         )

**ORDER**

Plaintiff, appearing pro se and in forma pauperis, filed a Complaint under 42 U.S.C. § 1983 challenging the conditions of his confinement. [Doc. No. 1]. The matter was referred for initial proceedings to United States Magistrate Judge Shon T. Erwin consistent with 28 U.S.C. § 636(b)(1)(B), (C). Judge Erwin screened the Complaint and issued a Report and Recommendation recommending dismissal without prejudice on grounds that Plaintiff failed to allege sufficient facts against any named Defendant. [Doc. No. 13]. Plaintiff timely objected, but rather than challenge the Report and Recommendation, he requests permission to file an amended complaint to cure the deficiencies. [Doc. No. 17]; *see also* [Doc. No. 18].

Plaintiff's objection does not challenge Judge Erwin's basis for recommending dismissal and the Court agrees that the Complaint is deficient. Accordingly, the Report and Recommendation is ADOPTED and the Complaint is DISMISSED without prejudice. Plaintiff's motion to file an amended complaint [Doc. No. 18] is GRANTED and the Clerk of the Court shall file Plaintiff's attached Amended Complaint.[1]

This case is RE-REFERRED to Judge Erwin.

---

[1] Plaintiff refers to it as the Second Amended Complaint but as it is Plaintiff's first amendment, the Court refers to it as the Amended Complaint.

IT IS SO ORDERED this 22nd day of June, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE